**INTERNATIONAL MICROCELL, dba Netwaves Wireless, Plaintiff— Appellee,**

v.

**INTOUCH WIRELESS, INC., dba Icomm Solutions, Defendant— Appellant.**

**No. 02–55126.**

**D.C. No. CV–01–07222–MMM.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 4, 2002.*

Decided Nov. 13, 2002.

Before PREGERSON, NOONAN and TASHIMA, Circuit Judges.

### ORDER **

The appeal is dismissed for lack of jurisdiction. The motion to dismiss is not immediately appealable under 28 U.S.C. § 1291 or the collateral order doctrine. *Lauro Lines S.R.L. v. Chasser,* 490 U.S. 495, 500–01, 109 S.Ct. 1976, 104 L.Ed.2d 548 (1989).

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.